```
___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

       NOV 05 2007

          AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

07-CV-00105-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAY M. ANDERSON, | CASE NO. C07-0105-TSZ-MAT |
| Plaintiff, | |
| v. | ORDER AFFIRMING IN PART AND REMANDING IN PART FOR FURTHER ADMINISTRATIVE PROCEEDINGS |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the unopposed Report and Recommendation;

(2) The Court affirms in part the decision of the ALJ, but remands in part this matter for further administrative proceedings. On remand, the ALJ should inquire specifically as to whether the Vocational Expert's testimony conflicts with the Dictionary of Occupational Titles; and

///

ORDER
PAGE -1

01  (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

02  DATED this 5th day of Nov, 2007.

03

04  _____
    THOMAS S. ZILLY
    United States District Judge

ORDER
PAGE -2